ALPHA PETROLEUM COMPANY V. HONORABLE DANIEL WALKER,
CHIEF JUSTICE, ET AL.

No. 6361. Decided February 13, 1933.
(59 S. W., 2d Series, 373.)

*Wm. N. Bonner* and *V. Childress,* both of Wichita Falls, and
*Paul D. Page, Jr., John T. Garrison, Lawrence Lippen, William
F. Grimes* and *Sewell, Taylor, Morris & Garwood,* all of Hous-
ton, for relator.

*James V. Allred,* Attorney General, and *Maurice Cheek,* As-
sistant Attorney General, for respondents.

MR. JUDGE CRITZ delivered the opinion of the Commission
of Appeals, Section A.

This is an original application for mandamus and writ of
prohibition filed in the Supreme Court by Alpha Petroleum
Company, a corporation, against the members of the Court of
Civil Appeals for the Ninth District at Beaumont, the Texas
Railroad Commission, and the Texas Pipe Line Company, a
corporation. The matters here involved relate to and grew out
of the issue involved in cause No. 6363, Alpha Petroleum Com-
pany v. C. V. Terrell et al., this day decided by this section of
the Commission (post 257). The opinion in that case disposed
of all pertinent questions in this case.

We recommend that all orders heretofore made in this cause
by the Supreme Court be vacated and annulled, and that the
mandamus and writ of prohibition here prayed for be denied.

The opinion of the Commission of Appeals is adopted as the
opinion of the Supreme Court, and all orders heretofore made
in this cause by the Supreme Court are hereby vacated and an-
nulled, and the mandamus and writ of prohibition herein prayed
for refused, as recommended by the Commission of Appeals.

C. M. CURETON, Chief Justice.